IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRIS J. DURHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 3:20-cv-623-JPG |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Iris J. Durham.

**DATED:  October 4, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　**Margaret M. Robertie,**
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　　**BY:   s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved: s/J. Phil Gilbert**
　　　　　　**J. PHIL GILBERT**
　　　　　　**U.S. District Judge**